IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI HAYER, | Case No. 26-cv-03705-MMC |
| Plaintiff, | |
| v. | **ORDER DIRECTING PLAINTIFF TO SUBMIT COURTESY COPY OF COMPLAINT** |
| SAMUEL ALTMAN, et al., | |
| Defendants. | |

On May 13, 2026, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith a courtesy copy of the Complaint, filed April 29, 2026.  Additionally, as required by the Court's Standing Orders, courtesy copies "shall be submitted in single-sided format" and "[a]ny attached exhibits shall be separated by tabbed dividers."  See Standing Orders for Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

**IT IS SO ORDERED.**

Dated: May 13, 2026

_____
MAXINE M. CHESNEY
United States District Judge