JONATHAN H. BLAVIN (SBN 230269)
jonathan.blavin@mto.com
STEPHANIE G. HERRERA (SBN 313887)
stephanie.herrera@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

BETHANY W. KRISTOVICH (SBN 241891)
bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LORI HAYER, individually, and as successor-in-interest to decedent Z.B., a minor,<br><br>Plaintiff,<br><br>vs.<br><br>OPENAI FOUNDATION, OPENAI OPCO, LLC, OPENAI GROUP PBC, and SAMUEL ALTMAN,<br><br>Defendants. | Case No. 3:26-cv-03705-JSC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES (L.R. 6-2(A))** |

Pursuant to Civil Local Rule 6-2(a), Plaintiff and Defendants (together with Plaintiff, the "Parties"), by and through the undersigned counsel of record, hereby stipulate to continue the Initial Case Management Conference and related deadlines as follows:

**WHEREAS**, on April 29, 2026, Plaintiff filed the Complaint;

**WHEREAS**, on June 3, 2026, the Parties filed a joint stipulation and proposed order to deem this action related to six other actions filed by Plaintiff's counsel on April 29, 2026, and to transfer and reassign such actions to the Honorable Judge Jacqueline Scott Corley for all purposes;

**WHEREAS**, on June 3, 2026, the Court entered that proposed order and, on June 4, 2026, such actions were so transferred and reassigned;

**WHEREAS**, on June 4, 2026, the Court reset the Initial Case Management Conference for August 12, 2026;

**WHEREAS**, on June 18, 2026, the Parties filed a joint stipulation to extend the time for Defendants to answer or otherwise respond to the Complaint until September 14, 2026;

**WHEREAS**, the Parties have met and conferred, and agree it would be more efficient for the Court and the Parties to continue the Initial Case Management Conference and all related deadlines under Federal Rule of Civil Procedure 26(f) until after Defendants have answered or otherwise responded to the Complaint;

**WHEREAS**, under Civil Local Rule 6-2(a), the Parties may stipulate in writing "requesting an order changing time that would affect the date of an event or deadline already fixed by Court order";

**WHEREAS**, this stipulation is not being entered for any improper purpose;

**NOW THEREFORE**, the Parties hereby stipulate and agree as follows:

1.    The Initial Case Management Conference currently set for August 12, 2026, shall be continued for at least sixty (60) days, to a date convenient for the Court after October 11, 2026.

-2-                                    Case No. 3:26-cv-03705-JSC

2.      All related deadlines under Federal Rule 26(f) and this Court's prior orders shall be vacated and reset in accordance with the continued Initial Case Management Conference date.

3.      Nothing in this Stipulation shall be construed as a waiver of any Party's rights or positions in law or equity, or as a waiver of any defenses that Defendants would otherwise have including, without limitation, jurisdictional defenses.

**IT IS SO STIPULATED.**

DATED:  June 23, 2026

By:      */s/ Bethany W. Kristovich*
BETHANY W. KRISTOVICH (SBN 241891)
bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

Attorneys for Defendants

DATED:  June 23, 2026

By:      */s/ Rafey S. Balabanian*
RAFEY S. BALABANIAN (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
350 N. LaSalle St., Fourteenth Floor
Chicago, Illinois 60654
Telephone:     (312) 589-6370

Attorneys for Plaintiff

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CMC AND RELATED DEADLINES (L.R. 6-2(A))

## DECLARATION

I declare, under penalty of perjury, that the factual assertions contained in this Joint Stipulation are true and correct to the best of my knowledge.


By:      _/s/ Bethany W. Kristovich_
BETHANY W. KRISTOVICH (SBN 241891)
bethany.kristovich@mto.com


## SIGNATURE ATTESTATION

I, Bethany Kristovich, am the ECF user whose ID and password are being used to file this Joint Stipulation to Continue the Initial Case Management Conference and Related Deadlines (L.R. 6-2(a)).  In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from the other signatory.


By:      _/s/ Bethany W. Kristovich_
BETHANY W. KRISTOVICH (SBN 241891)
bethany.kristovich@mto.com


Case No. 3:26-cv-03705-JSC
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CMC AND RELATED
DEADLINES (L.R. 6-2(A))

JONATHAN H. BLAVIN (SBN 230269)
jonathan.blavin@mto.com
STEPHANIE G. HERRERA (SBN 313887)
stephanie.herrera@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:　　(415) 512-4000
Facsimile:　　(415) 512-4077

BETHANY W. KRISTOVICH (SBN 241891)
bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone:　　(213) 683-9100
Facsimile:　　(213) 687-3702

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| LORI HAYER, individually, and as successor-in-interest to decedent Z.B., a minor,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>OPENAI FOUNDATION, OPENAI OPCO, LLC, OPENAI GROUP PBC, and SAMUEL ALTMAN,<br><br>　　　　　　Defendants. | Case No. 3:26-cv-03705-JSC<br><br>**[PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

-5-　　　　　　　　　　　　　Case No. 3:26-cv-03705-JSC

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CMC AND RELATED
DEADLINES (L.R. 6-2(A))

Pursuant to the Parties' stipulation (Dkt. No. 26), IT IS SO ORDERED THAT:

1.      The Initial Case Management Conference currently set for August 12, 2026, shall be continued for at least sixty (60) days, to _____.

2.      All related deadlines under Federal Rule 26(f) and this Court's prior orders shall be vacated and reset in accordance with the continued Initial Case Management Conference date.

3.      The Parties' Stipulation shall not be construed as a waiver of any Party's rights or positions in law or equity, or as a waiver of any defenses that Defendants would otherwise have including, without limitation, jurisdictional defenses.

DATED:  June ___, 2026                By:  _____
                                                        JACQUELINE S. CORLEY
                                                        UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CMC AND RELATED DEADLINES (L.R. 6-2(A))